**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2110**

DOUGLAS C. MYERS,

Plaintiff - Appellant,

v.

MICKEY J. NORMAN, Associate Judge, Baltimore County Circuit Court; KEITH R.TRUFFER, Associate Judge, Baltimore County Circuit Court; RONALD B. KATZ, Individually, and, in his capacity as Substitute Trustee, an Agent of the Court; CFG COMMUNITY BANK; THE ESTATE OF FREDERICK BURGESEN, Michelle Y. Burgesen, Personal Rep.; TIMOTHY KIRK NICKOLES; JENNIFER MARIE NICKOLES; LESLIE A. BASS,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge. (1:20-cv-00248-ELH)

Submitted: February 18, 2021               Decided: February 22, 2021

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Douglas C. Myers, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas C. Myers appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint and a subsequent order denying his Fed. R. Civ. P. 59(e) motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Myers v. Norman*, No. 1:20-cv-00248-ELH (D. Md. May 15, 2020; filed Sept. 17, 2020 & entered Sept. 18, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*